IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

United States of America,
    Plaintiff,

    v.

6,383 tablets, more or less,
of an article of drug, labeled
in part:

(bag)

"***Suplemento Natural SHANGAI
*** Shangai Regular
Estimulante sexual para Hombre
y Mujer *** 100% Natural ***
Marca Registrada *** 67390 ***
Datos del Suplemento Tamano de
la porcion:  1 Tableta ***"

43,162 capsules, more or        Case No.:
lesss, of an article of drug,
labeled in part:

(bag)

"*** Para Hombres Super
SHANGAI *** Suplemento Natural
100% Natural *** SHANGAI ***
Marca Registrada *** 67390 ***
Datos del Suplemento Tamano de
la porcion:  1 Tableta ***"

70,775 capsules, more or less,
of an article of drug, labeled
in part:

(bag)

"*** SHANGAI *** 100% Natural
Ultra X *** Suplemento Natural
SHANGAI *** Marca Registrada

*** 67390 *** porcion: 1
Tableta ***"

301 capsules, more or less, of
an article of drug, labeled in
part:

(bag)

"*** Para Mujeres Lady SHANGAI
*** Suplemento Natural 100%
Natural *** SHANGAI *** Marca
Registrada *** 67390 *** Datos
del Suplemento Tamano de la
porcion: 1 Tableta ***"

and

all other article of drug in
any dosage form, regardless of
the size or type of container,
variously labeled or
unlabeled, or that can
otherwise be shown to contain
or consist of any of the
aforesaid products, including
in-process products and an
products awaiting repackaging
or relabeling that are located
anywhere on the premises of
Shangai Distributor, Inc.,
Urb. Villa Madrid, 16 Street
number M-14, Coamo, Puerto
Rico,
    Defendant.

**WARRANT FOR ARREST *IN REM***

**TO THE UNITED STATES MARSHAL OF THE DISTRICT OF PUERTO RICO:**

WHEREAS, a verified complaint for forfeiture has been filed on February 27, 2008 in the United States District Court for the District of Puerto Rico, alleging that the defendants identified

in the caption (the "defendant articles") are unapproved new drugs under 21 U.S.C. § 355(a) and misbranded drugs under 21 U.S.C. § 352(a) and (f)(1) of the Federal Food, Drug, and Cosmetic Act (the "Act"), and subject to seizure, condemnation, and forfeiture to the United States pursuant to 21 U.S.C. § 334; and

WHEREAS, the Court being satisfied that based upon the verified complaint for forfeiture there is probable cause to believe that the defendant articles are adulterated under the Act, and therefore subject to seizure, condemnation, and forfeiture to the United States pursuant to 21 U.S.C. § 334; YOU ARE, THEREFORE, HEREBY COMMANDED PURSUANT TO RULE G(3)(C), Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims of the Federal Rules of Civil Procedure (the "Supplemental Rules") to arrest and seize the defendant articles. The United States Marshal and other personnel they deem necessary are specifically authorized by the Court to enter the premises known as Urb. Villa Madrid, 16 Street number M-14, Coamo, Puerto Rico, so as to locate, identify, and seize the defendant articles that are the subject of this action and use their discretion and whatever means appropriate to protect and maintain said defendant articles; and

YOU ARE COMMANDED to publish notice of the seizure in a manner consistent with the Supplemental Rules.

YOU ARE FURTHER COMMANDED to provide notice of this action to all persons who reasonably appear to be potential claimants of the defendant articles by sending such persons a copy of this warrant and a copy of the verified complaint for forfeiture, in a manner consistent with Rule G(4)(b) of the Supplemental Rules. This warrant provides notice that in order to avoid forfeiture of the defendant articles, any person claiming an interest in the defendant articles must file a claim, signed under penalty of perjury, identifying the specific defendant articles claimed, identifying the claimant, and stating the claimant's interest in the defendant articles in the manner set forth in Rule G(5) of the Supplemental Rules. Any such claim must also be served on Assistant United States Attorney JOSE M. PIZARRO-ZAYAS, at the following address: United States Attorney Office, Torre Chardon, Suite 1201,,350 Carlos Chardon Avenue, Hato Rey, Puerto Rico 00918, (787) 282-1840. In no event may such claim be filed later than 35 days after the date of notice of the complaint is sent, or as applicable, no later than 30 days after the final publication of notice of the filing of the complaint. In addition, any persons having filed such a claim must also file an answer to the complaint not later than 20 days after the filing of the claim, with a copy thereof served on Assistant United States Attorney JOSE M. PIZARRO-ZAYAS, at the following address: United States Attorney Office, Torre Chardon, Suite 1201,,350

Carlos Chardon Avenue, Hato Rey, Puerto Rico 00918, (787) 282-1840. at the address above.

YOU ARE FURTHER COMMANDED, promptly after execution of this process, to file the same in this Court with your return thereon, identifying the individuals who received copies of this matter and the manner employed.

Dated:

_____
United States District Judge